DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL COLEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0614

_____

November 21, 2025

Appeal from the Circuit Court for Hillsborough County; Wesley Tibbals and Mark D. Kiser, Judges.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.